1099 NEW YORK AVENUE NW, SUITE 900, WASHINGTON, DC 20001-4412

JENNER&BLOCK LLP

September 20, 2023

Via ECF

Mark J. Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:   Dr. Saad Aljabri v. Mohammed bin Salman bin Abdulaziz Al Saud, et al., No. 22-7150

Dear Mr. Langer,

On behalf of Plaintiff-Appellant Dr. Saad Aljabri, and pursuant to D.C. Circuit Handbook of Practice and Internal Procedures at IX.A.1., X.D., and XI.A., I am writing to inform the Court that we will be unavailable for oral argument on the following dates:

- October 17, 2023 to December 8, 2023 (due to two scheduled trials)
- December 26, 2023 to January 5, 2024

If either of the scheduled trials is adjourned, we will alert the Court at the earliest possible opportunity.

Respectfully submitted,

*/s/ Lindsay Harrison*
Lindsay Harrison
JENNER & BLOCK LLP
1099 New York Ave., N.W.,
Suite 900
Washington, D.C. 20001-4412
lharrison@jenner.com
Tel +1 202 661 6865

*Counsel for Plaintiff-Appellant Dr. Saad Aljabri*